MN-305

3018
mw
11/23/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Wade David Payne

Chapter 7 Case No.   09-36066

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Paul radiology<br>166 East 4th Street<br>St. Paul, MN  55101-1421 | 4 | 25.93 | 0.92 |

Date:   November 16, 2010

_____
Trustee