Rec # 3651

MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Wade David Payne
Chapter 7 Case No. 09-36066

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Coach Homes of Pathways Homeowners Assoc C/O Carlton Property Services 6950 France Ave S, Suite 210 Edina, MN 55434 | 7 | 2683.55 | 94.83 |

Date: April 18, 2011

_____
Trustee

RECEIVED
11 APR 19 PM 1:29
U.S. BANKRUPTCY COURT
ST. PAUL, MN